IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

EVADNE S. FORD, on behalf of   *
herself and all others          *
similarly situated,             *
                                *
        Plaintiff,              *
                                *
    v.                          *       CV 115-031
                                *
QUANTUM3 GROUP, LLC and GALAXY  *
PORTFOLIOS, LLC,                *
                                *
        Defendants.             *

---

**O R D E R**

---

After a careful, *de novo* review, the Court concurs with the Bankruptcy Judge's Report and Recommendation (doc. 1-3) that the Court withdraw the reference "for cause" under the permissive withdrawal provisions of 28 U.S.C. § 157(d), to which objections have been filed. Accordingly, the Court **ADOPTS** the portion of the Bankruptcy Judge's Report and Recommendation finding permissive withdrawal appropriate as its opinion and **GRANTS** the withdrawal of the reference.[1] The case is hereby **WITHDRAWN** from the Bankruptcy Court for the Southern District of Georgia, and the Clerk is **DIRECTED** to assign this case as a civil action.

In light of this ruling, the Bankruptcy Judge's second Report and Recommendation (doc. 1-4) finding that Defendants'

---

[1] The Court expresses no opinion as to the merits of mandatory withdrawal.

improperly removed this action directly to the Bankruptcy Court is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia, this 30th day of April, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA