IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| EVADNE S. FORD, | * |
| Plaintiff, | * |
| v. | * |
| | *  CV 115-031 |
| QUANTUM3 GROUP, LLC, and GALAXY PORTFOLIOS, LLC, | * |
| Defendants. | * |

O R D E R

In response to the Court's May 25, 2017, order, Plaintiff moves to dismiss this case without prejudice under Federal Rule of Civil Procedure 41(a)(2). (Doc. 34.) Defendants do not oppose this request. This case therefore is **DISMISSED WITHOUT PREJUDICE.** The Clerk is instructed to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 14th day of July, 2017.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA